```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 07862
   LINDA A HERO
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-4752


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/30/07 .

   2.  The case was converted to Chapter 7 without confirmation, 08/22/2007.

------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
PHH MORTGAGE FKA CENDANT  CURRENT MORTG            .00             .00            .00
PHH MORTGAGE FKA CENDANT  MORTGAGE ARRE  NOT FILED                 .00            .00
HSBC MORTGAGE SERVICES    SECURED                  .00             .00            .00
HSBC MORTGAGE SERVICES    MORTGAGE ARRE  NOT FILED                 .00            .00
AMERICAN GENERAL FINANCE  SECURED VEHIC  NOT FILED                 .00            .00
CITIFINANCIAL             UNSECURED      NOT FILED                 .00            .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED                 .00            .00
ILLINOIS DEPT REVENUE     PRIORITY       NOT FILED                 .00            .00
AMERICASH LOANS           UNSECURED      NOT FILED                 .00            .00
BOMBAY CO                 UNSECURED      NOT FILED                 .00            .00
CAPITAL ONE FINANCIAL     UNSECURED      NOT FILED                 .00            .00
CAPITAL ONE FINANCIAL     UNSECURED      NOT FILED                 .00            .00
CITIBANK NA               UNSECURED      NOT FILED                 .00            .00
DEVON FINANCIAL SERVICE   UNSECURED      NOT FILED                 .00            .00
FNAC                      UNSECURED      NOT FILED                 .00            .00
GE MONEY BANK             UNSECURED      NOT FILED                 .00            .00
HSBC                      UNSECURED      NOT FILED                 .00            .00
ORCHARD BANK CARD SERVIC  UNSECURED      NOT FILED                 .00            .00
PEOPLES GAS CREDIT UNION  UNSECURED      NOT FILED                 .00            .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED      NOT FILED                 .00            .00
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                PAID           PAID

SPIEGEL                   UNSECURED      NOT FILED                 .00            .00
TARGET                    UNSECURED      NOT FILED                 .00            .00
VICTORIAS SECRET          UNSECURED      NOT FILED                 .00            .00
WAL MART                  UNSECURED      NOT FILED                 .00            .00
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED     OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00           .00       .00           .00
PRINCIPAL PAID          .00           .00           .00       .00           .00
INTEREST PAID           .00           .00           .00       .00           .00
```

```
TOTAL PAID                          .00          .00          .00          .00          .00
The Debtor's attorney, PAUL M BACH                    , was allowed $           .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $         .00 .
```

 Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


```
    Dated: 11/16/07                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUTEE
```

```
                                    PAGE   2
          CASE NO. 07 B 07862 LINDA A HERO
```